No. 299.   UNITED STATES *v.* GERLACH LIVE STOCK CO.;

No. 300.   UNITED STATES *v.* POTTER;

No. 301.   UNITED STATES *v.* ERRECA;

No. 302.   UNITED STATES *v.* JAMES J. STEVINSON (A CORPORATION);

No. 303.   UNITED STATES *v.* STEVINSON; and

No. 304.   UNITED STATES *v.* 3–H SECURITIES Co. Court of Claims.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *Edward F. Treadwell* and *Reginald S. Laughlin* for respondents.   Reported below: 111 Ct. Cl. 1, 89, 76 F. Supp. 87, 99.

No. 313.   COMMISSIONER OF INTERNAL REVENUE *v.* CULBERTSON ET AL.   C. A. 5th Cir.   Certiorari granted. *Solicitor General Perlman* for petitioner.   *Benjamin L. Bird* for respondents.

No. 355.   CALIFORNIA *v.* ZOOK ET AL.   Appellate Department of the Superior Court in and for the County of Los Angeles, California.   Certiorari granted.   *Ray L. Chesebro* and *John L. Bland* for petitioner.   *Frank W. Woodhead* for respondents.

No. 135.   UNITED STATES *v.* GRIFFIN ET AL., RECEIVERS; and

No. 198.   JONES, RECEIVER, *v.* UNITED STATES.   Court of Claims.   In No. 135, Jones, present receiver for Georgia & Florida Railroad, substituted as the party respondent. Certiorari granted.   *Solicitor General Perlman* for the United States.   With him on a memorandum in No. 198 were *Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin*.   *Moultrie Hitt* for respondents in No. 135 and petitioner in No. 198.   Reported below: 110 Ct. Cl. 330, 77 F. Supp. 197.